ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ANGEL LANDIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-CR-00426 OWW |
| Plaintiff, | |
| vs. | STIPULATION  TO CONTINUE STATUS CONFERENCE |
| ANGEL LANDIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, ANGEL LANDIN, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, David Gappa that the Status Conference now set to begin on Monday, April 11, 2011, at 9:00 a.m. be continued to Monday, April 25, 2011 at 9:00 a.m.

This request is based upon the fact that Mr. Capozzi is currently in Trial in Madera County Superior Court and the Trial it is not expected to be completed until late in the week of April 11, 2011.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(7)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  April 6, 2011         /s/ Anthony P. Capozzi
                              Anthony P. Capozzi,
                              Attorney for Defendant,
                              ANGEL LANDIN


Dated:  April 6, 2011         /s/ David Gappa
                              David Gappa
                              Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Status Conference now scheduled to begin on Monday, April 11, 2011 is vacated and is now scheduled to be held on Monday, April 25, 2011 at 9:00 a.m.


IT IS SO ORDERED.

Dated:   **April 6, 2011**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE