BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: 559-497-4000

Attorneys for Plaintiff
  United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-00426-OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND AGREEMENT TO |
| ) | VACATE JURY TRIAL DATE AND SET |
| v. ) | CHANGE OF PLEA HEARING; **ORDER** |
| ) | |
| ANGEL LANDIN, ) | DATE: TO BE DETERMINED |
| ) | TIME: TO BE DETERMINED |
| Defendant. ) | Honorable Oliver W. Wanger |
| ) | |

   The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Angel Landin, by and through his counsel Anthony P. Capozzi, submit this stipulation for the Court's consideration.

   IT IS STIPULATED AND AGREED:

   1.   Defendant Angel Landin, by and through counsel of record, requests that the jury trial date, currently set for August 16, 2011, be vacated and removed from the Court's calendar.

   2.   The parties have engaged in extensive plea negotiations and have come to an agreement for Defendant to plead guilty.

   3.   The parties, by and through undersigned counsel, request that a change of plea hearing be set for August 1, 2011.

1

4. The plea agreement, by and between the parties, will be filed with the Court prior to Defendant Angel Landin's change of plea hearing.

5. The parties, by and through undesigned counsel, further request that all motions deadlines be vacated.

6. Undersigned counsel for the United States and Defendant herein will also be engaged in another jury trial before this Court on August 16, 2011, involving a different defendant.

7. There should be no delay in this case.  However, any delay resulting from this stipulation and agreement shall be excluded in the interests of justice, and the ends of justice in endorsing this stipulation through formal order outweigh the interests of Defendant Angel Landin's and the public in a speedy trial.  See 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

SO STIPULATED AND AGREED.

Dated: July 20, 2011        /s/ *Jeremy Jehangiri*
                            Jeremy R. Jehangiri
                            Assistant United States Attorney

Dated: July 21, 2011        /s/ *Anthony P. Capozzi* (as authorized)
                            Anthony P. Capozzi
                            Attorney for Defendant, Akop Krboyan


**ORDER**

The change of plea shall be taken on August 1, 2011, in Courtroom 3 at 9:00 a. m. The trial date shall be vacated after the plea is entered.

IT IS SO ORDERED.

Date: July 22, 2011
                            /s/ OLIVER W. WANGER
                            UNITED STATES DISTRICT JUDGE