BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for:
The United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00426 OWW |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| ANGEL LANDIN, ) | |
| Defendant. ) | |

Based upon the entry of plea and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Angel Landin, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant Angel Landin's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  Dell Studio XPS 435T Mid-Tower Computer w/ 700 GB HDD; Service Code #25657326145.

2.  The above-listed asset constitutes property containing visual depictions produced, transported, mailed, shipped, or

1 | received in violation of 18 U.S.C. § 2252(a)(2).

2 |     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
3 | designee) shall be authorized to seize the above-listed property.
4 | The aforementioned property shall be seized and held by the
5 | Department of Homeland Security, Customs and Border Protection,
6 | in its secure custody and control.

7 |     4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
8 | U.S.C. § 853(n), and Local Rule 171, the United States shall
9 | publish notice of the order of forfeiture.  Notice of this Order
10 | and notice of the Attorney General's (or a designee's) intent to
11 | dispose of the property in such manner as the Attorney General
12 | may direct shall be posted for at least 30 consecutive days on
13 | the official internet government forfeiture site
14 | www.forfeiture.gov.  The United States may also, to the extent
15 | practicable, provide direct written notice to any person known to
16 | have alleged an interest in the property that is the subject of
17 | the order of forfeiture as a substitute for published notice as
18 | to those persons so notified.

19 |        b.   This notice shall state that any person, other
20 | than the defendants, asserting a legal interest in the above-
21 | listed property, must file a petition with the Court within sixty
22 | (60) days from the first day of publication of the Notice of
23 | Forfeiture posted on the official government forfeiture site, or
24 | within thirty (30) days from receipt of direct written notice,
25 | whichever is earlier.

26 |     5.   If a petition is timely filed, upon adjudication of all
27 | third-party interests, if any, this Court will enter a Final
28 | Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all

1  interests will be addressed.
2       IT IS SO ORDERED.
3  **Dated:   August 5, 2011**               /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE