BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for:
The United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ANGEL LANDIN,<br><br>        Defendant. | 1:10-CR-00426-LJO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on August 5, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, based upon the entry of plea and application for preliminary order of forfeiture entered into between plaintiff and defendant Angel Landin forfeiting to the United States the following property:

      a.   Dell Studio XPS 435T Mid-Tower Computer w/ 700 GB HDD; Service Code #25657326145.

AND WHEREAS, beginning on September 3, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

1  advised all third parties of their right to petition the Court
2  within sixty (60) days from the first day of publication of the
3  notice for a hearing to adjudicate the validity of their alleged
4  legal interest in the forfeited property;

5  AND WHEREAS, the Court has been advised that no third party
6  has filed a claim to the subject property, and the time for any
7  person or entity to file a claim has expired.

8  Accordingly, it is hereby ORDERED and ADJUDGED:

9  1.   A Final Order of Forfeiture shall be entered forfeiting
10 to the United States of America all right, title, and interest in
11 the above-listed property pursuant to 18 U.S.C. § 2253, to be
12 disposed of according to law, including all right, title, and
13 interest of Angel Landin.

14 2.   All right, title, and interest in the above-listed
15 property shall vest solely in the name of the United States of
16 America.

17 3.   The Department of Homeland Security, Customs and Border
18 Protection shall maintain custody of and control over the subject
19 property until it is disposed of according to law.

22 IT IS SO ORDERED.

23 **Dated:   December 14, 2011**             /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE